870

No. 249, Misc. WELLINGTON v. WAINWRIGHT, COR-
RECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 250, Misc. CARTER v. CITY OF NORFOLK. Sup.
Ct. App. Va. Certiorari. denied. *Joseph Teck* for peti-
tioner. *Robert Y. Button,* Attorney General of Virginia,
and *D. Gardiner Tyler,* Assistant Attorney General, for
respondent.

No. 251, Misc. GILES v. UNITED STATES. C. A. 10th
Cir. Certiorari denied. Petitioner *pro se. Solicitor
General Marshall, Assistant Attorney General Vinson,
Beatrice Rosenberg* and *Anthony P. Nugent, Jr.,* for the
United States.

No. 252, Misc. BENOIT v. KENTUCKY. Ct. App. Ky.
Certiorari denied.

No. 254, Misc. O'CONNOR v. UNITED STATES. C. A.
D. C. Cir. Certiorari denied. *Alvin D. Edelson* for peti-
tioner. *Solicitor General Marshall* for the United States.

No. 257, Misc. ARELLANES v. UNITED STATES. C. A.
9th Cir. Certiorari denied. Petitioner *pro se. Solicitor
General Marshall, Assistant Attorney General Vinson,
Beatrice Rosenberg* and *Theodore George Gilinsky* for
the United States. *Anthony G. Amsterdam, Melvin L.
Wulf* and *Marshall Krause* for American Civil Liberties
Union et al., as *amici curiae,* in support of the petition.

No. 259, Misc. PATTERSON v. TENNESSEE. Sup. Ct.
Tenn. Certiorari denied. Petitioner *pro se. George F.
McCanless,* Attorney General of Tennessee, and *Edgar
P. Calhoun,* Assistant Attorney General, for respondent.